UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CHRISTOPHER C. SEIFERT,            :
        Plaintiff,     :
                                   :
    v.                           : Docket No. 2:08-CV-215
                                   :
ROBERT HOFMAN and                  :
DELORES BURROUGHS-BIRON,           :
        Defendants.    :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed May 8, 2009. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motions to dismiss (Papers 14 and 16) are GRANTED. It is further ordered that Seifert be allowed 30 days in which to amend his claims brought against the defendants in their individual capacities. Seifert filed said motion to amend on May 18, 2009.

Dated at Burlington, in the District of Vermont, this 21st day of May, 2009.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              Chief Judge