UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Christopher C. Seifert, :
:
    Plaintiff, :
:
    v. : File No. 2:08 CV 215
:
Robert Hofmann, Delores :
Burroughs-Biron, :
:
    Defendants. :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 22, 2009. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motions to dismiss (Docs. 23 and 26) are GRANTED and the case is DISMISSED.

Dated at Burlington, in the District of Vermont, this 12th day of November, 2009.

                                      /s/ William K. Sessions III
                                      William K. Sessions III
                                      Chief Judge